IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WINDELL McCLAIN                                                                                     PETITIONER

v.                                        NO. 2:07CV00007 JLH

LARRY NORRIS, Director of the                                                                RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss filed by respondent Larry Norris ("Norris") is granted, and the petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Windell McClain is dismissed with prejudice. Judgment will be entered Norris.

IT IS SO ORDERED this 30th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE