IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WINDELL McCLAIN                                                                               PETITIONER

v.                                              NO. 2:07CV00007 JLH

LARRY NORRIS, Director of the                                                          RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Larry Norris. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Windell McClain is dismissed with prejudice.

IT IS SO ORDERED this 30th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE